UNITED STATES DISTRICT COURT
*Eastern* DISTRICT OF NEW YORK

CV 15 · 2169

Renato Scantlebury
349-14-16630
NYSE D# 05449560 H

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of New York

Police Officer John Doe #1
Police Officer John Doe #2
from the 67th precinct.
Brooklyn, New York.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

TOWNES, J.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 13 2015
BROOKLYN OFFICE

GO, M.J.

## I.  Parties in this complaint:

**A.**  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Renato Scantlebury
ID #  349-14-16630
Current Institution  Manhattan Detention Center
Address  125 White Street
New York 10013

**B.**  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  The City of New York         Shield #_____
Where Currently Employed  _____
Address  _____
_____

*Rev. 05/2010*

1

**Defendant No. 2**   Name _P.O. John Doe #1_   Shield # _unknown_
Where Currently Employed _67th precinct._
Address _Brooklyn, N.Y_

**Defendant No. 3**   Name _P.O. John Doe #2_   Shield # _unknown_
Where Currently Employed _67th precinct_
Address _Brooklyn, N.Y._

**Defendant No. 4**   Name _____   Shield # _____
Where Currently Employed _____
Address _____

_____

**Defendant No. 5**   Name _____   Shield # _____
Where Currently Employed _____
Address _____

_____

## II.     Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.     In  what  institution  did  the  events  giving  rise  to  your  claim(s)  occur?
_arrest took place while at_
_liberty_

B.     Where  in  the  institution  did  the  events  giving  rise  to  your  claim(s)  occur?
_none_

C.     What date and approximate time did the events giving rise to your claim(s) occur?
_October 2014 Kings County._

**D.    Facts:** Plaintiff was arrested by police officers's from the 67th precinct falsely and then unlawfully imprisoned plaintiff was unlawfully searched and seized, and subjected to mental anguish, pain and suffering arraigned on criminal charges in Kings County Criminal Court under docket number 2014KN080540 on october 2014.

The plaintiff was released on his own recognizance pending future court action under Docket number # 2014KN080540 in the Kings County Criminal court.

On January - February 2015 all charges were dismissed pursuant to CPL 160.50 under Docket # 2014KN080540 in the Kings County Criminal court.

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. As a result of the plaintiff's arrest, search and seizure the plaintiff lost his home, became emotionally and psychologically distressed which created pain and suffering throughout the duration of the pending charges which remain to the present.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____    No __✓__

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____ *none* _____

_____

**B.** Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____    No ✓    Do Not Know ____

**C.** Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ✓    Do Not Know ____

If YES, which claim(s)? _____

**D.** Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ✓

**E.** If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____ *none* _____

1.    Which claim(s) in this complaint did you grieve? _____
_____ *none* _____

2.    What was the result, if any? _____
_____ *none* _____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____
_____ *none* _____

_____

_____

**F.** If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____
*The Cause's of action occured while at liberty. (not in jail)*

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____ *none* _____

_____

_____

G.    **Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.** _____

_____

_____ *none* _____

_____

_____

_____

_____

**Note:**   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.**    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). *As a result of the violation of only 4th Amendment rights for the unlawful arrest unlawful imprisonment unlawful search and seizure mental anguish pain and suffering the plaintiff seeks compensatory damages in the amount of $100,000.00 one hundred thousand dollars for the herein stated above cause's of action.*

_____

_____

_____

**VI.**   **Previous lawsuits:**

| On these claims |
|---|

A.    **Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?**

Yes _____   No ✓____

*Rev. 05/2010*                 5

**B.**  **If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)**

  1.  Parties to the previous lawsuit:

Plaintiff _____ *none* _____

Defendants _____

  2.  Court (if federal court, name the district; if state court, name the county) _____

  3.  Docket or Index number _____

  4.  Name of Judge assigned to your case _____

  5.  Approximate date of filing lawsuit _____

  6.  Is the case still pending?  Yes ____  No ____

      If NO, give the approximate date of disposition _____

  7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**C.**  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?  Yes ____  No ✓

*On other claims*

**D.**  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1.  Parties to the previous lawsuit:

Plaintiff _____ *none* _____

Defendants _____

  2.  Court (if federal court, name the district; if state court, name the county) _____

  3.  Docket or Index number _____

  4.  Name of Judge assigned to your case _____

  5.  Approximate date of filing lawsuit _____

  6.  Is the case still pending?  Yes ____  No ____

      If NO, give the approximate date of disposition _____

  7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _7_ day of _April_ , 20_15_

Signature of Plaintiff _Renato Scartlebury_

Inmate Number _349-14-16630_

Institution Address _Manhattan Detention Center 125 white st New york 10013_

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _7_ day of _April_ , 20_15_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Renato Scartlebury_